COE & a. v. CARTER & a.

Chapter 41, Laws of 1875, is not applicable to an unincorporated place, which has organized and elected officers, and raised money by taxation for highways and other town purposes.

BILL IN EQUITY. Facts agreed.

Wentworth's Location was organized, under Gen. St., c. 48, February 8, 1876, by electing officers as required by that statute. On the second Tuesday of March, 1876, town officers were again chosen, and annually since. At the annual meeting in March, 1876, the Location voted to raise money to build a school-house, for the support of schools, and for highways, and at the annual meetings since money has been raised for similar purposes and for town charges, and the selectmen have taken inventories and assessed the taxes voted, which have been collected. ,

The state treasurer, under the provisions of c. 41, Laws of 1875, has assessed a tax on the Location for 1876 and 1877, which he is proceeding to collect. The question is reserved, whether the assessment and collection of the taxes assessed by the officers of the Location exonerates it from the payment of the taxes assessed by the state treasurer.

*W. & H. Heywood*, for the plaintiffs.

*The Attorney-General*, for the defendants.

STANLEY, J. Wentworth's Location was organized by electing officers, and it has raised money by taxation to be expended on highways and for other purposes. This renders the act of 1875 inapplicable to it, and it is therefore exonerated from the payment of the tax assessed under the provisions of that act. If it were otherwise, the Location would be subject to double taxation. It is not necessary to decide whether the act of 1875 is constitutional, for, whether it is or is not, it is not applicable to this Location.

*Case discharged.*

SMITH, J., did not sit: the others concurred.